## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**TAMMY STANFORD**                                            **PLAINTIFF**

**V.**                                                                 **NO. 5:14-cv-00026-DCB-MTP**

**HSBC MORTGAGE SERVICES INC.**                             **DEFENDANTS**

### ORDER

BE IT REMEMBERED that this matter came before the Court upon the Unopposed Motion for Additional Time of Plaintiff Tammy Stanford for additional time within which to file her Motion to Remand. Having considered said Motion and being advised Defendant has no objection to said extension, the Court finds that said Motion is well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff shall have up to and including June 12, 2014 to file a Motion to Remand.

SO ORDERED AND ADJUDGED, this the <u>3rd</u> day of <u>April</u>, 2014.


                                                        <u>s/David Bramlette</u>
                                                        UNITED STATES DISTRICT JUDGE